IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CASE NO. 1:08-CV-01057 |
| PROPERTY IDENTIFIED BY ADDRESS OF:<br>7501 ARCADE COURT,<br>LANDOVER, MARYLAND 20785, | : |
| Defendant | : |

### VERIFIED CLAIM OF LAKESHA LEE

Lakesha Lee hereby makes claim as the owner of the property alleged to be subject to forfeiture in this case as described above, and known as 7501 Arcade Court, Landover, Maryland 20785.

I declare under penalty of perjury, as provided by 28 U.S.C. §1746, that I am the owner of the property listed above.

Respectfully submitted,

Dated: 7/2/08

_____
Lakesha Lee

RECEIVED

JUL - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

COUNSEL FOR CLAIMANT:

_____
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911
Facsimile (703) 548-8935
dsmith@englishandsmith.com

### Certificate of Service

I hereby certify that a true copy of the foregoing claim was mailed, first class, postage prepaid, on this __7th__ day of July, 2008, to AUSA Barry Wiegand, Office of the United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 Fourth Street, N.W., Fourth Floor, Washington, D.C. 20530.

_____
David B. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                :
                                         :
        Plaintiff                        :
                                         :
    v.                                   :   CASE NO. 1:08-CV-01056
                                         :
PROPERTY IDENTIFIED BY                   :
ADDRESS OF:                              :
12306 JAMES MADISON LANE,                :
GLENN DALE, MARYLAND 20769,              :
                                         :
        Defendant                        :

## VERIFIED CLAIM OF LAKESHA LEE AND JANE DAVIS

Lakesha Lee and Jane Davis hereby make claim as the joint owners of the property alleged to be subject to forfeiture in this case as described above, and known as 12306 James Madison Lane, Glenn Dale, Maryland 20769.

We declare under penalty of perjury, as provided by 28 U.S.C. §1746, that we are the joint owners of the property listed above.

                                        Respectfully submitted,

Dated: 7/2/08                           _____
                                        LAKESHA LEE

Dated: 7-2-08                           _____
                                        JANE DAVIS

**RECEIVED**

JUL - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

COUNSEL FOR CLAIMANTS:

*/s/ David B. Smith*
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911
Facsimile (703) 548-8935
dsmith@englishandsmith.com

## Certificate of Service

I hereby certify that a true copy of the foregoing claim was mailed, first class, postage prepaid, on this 7th day of July, 2008, to AUSA Barry Wiegand, Office of the United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 Fourth Street, N.W., Fourth Floor, Washington, D.C. 20530.

*/s/ David B. Smith*
David B. Smith