IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
    Plaintiff :
:
v. : CASE NO. 1:08-CV-01057
:
PROPERTY IDENTIFIED BY :
ADDRESS OF:
7501 ARCADE COURT, :
LANDOVER, MARYLAND 20785, :
:
    Defendant :

### VERIFIED CLAIM OF LAKESHA LEE

Lakesha Lee hereby makes claim as the owner of the property alleged to be subject to forfeiture in this case as described above, and known as 7501 Arcade Court, Landover, Maryland 20785.

I declare under penalty of perjury, as provided by 28 U.S.C. §1746, that I am the owner of the property listed above.

Respectfully submitted,

Dated: 7/2/08

_____
Lakesha Lee

RECEIVED

JUL - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

COUNSEL FOR CLAIMANT:

_____
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911
Facsimile (703) 548-8935
dsmith@englishandsmith.com

## Certificate of Service

I hereby certify that a true copy of the foregoing claim was mailed, first class, postage prepaid, on this  7th  day of July, 2008, to AUSA Barry Wiegand, Office of the United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 Fourth Street, N.W., Fourth Floor, Washington, D.C. 20530.

_____
David B. Smith