UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>c/o United States Attorney's Office,  )<br>Judiciary Center Building,  )<br>555 4th Street, N.W.,  )<br>Washington, DC 20530,  )<br>              )<br>          **Plaintiff,**  )<br>              )<br>    v.        )<br>              )<br>**PROPERTY IDENTIFIED BY ADDRESS OF:**  )<br>**7501 ARCADE COURT**  )<br>**LANDOVER, MARYLAND 20785**  )<br>              )<br>          **Defendant.**  )<br>              ) | Civil Action No.  08-1057 (JDB) |

## NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the attached Notice of Lis Pendens, filed on June 23, 2008, as Document # CAE08-16213, with the Clerk of the Circuit Court for Prince Georges County Maryland.

                Respectfully submitted,

                JEFFREY TAYLOR
                United States Attorney


      By:    */s/ Barry Wiegand*
              BARRY WIEGAND, D.C. Bar No. 424288
              Assistant  United States Attorney
              Criminal Division, Asset Forfeiture Unit
              555 Fourth Street, N.W., Fourth Floor
              Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have caused service of the foregoing NOTICE OF FILING to be made by having copies of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to counsel for Lakesha Lee, Mr. David B. Smith, Esq., 526 King Street, Suite 213, Alexandria, VA 22314,(703) 548-8911, (703) 548-8935 (fax), winneratny@aol.com, on or before this 18th day of August 2008.

      /s/ Barry Wiegand
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office,<br>Judiciary Center Building,<br>555 4th Street, N.W.,<br>Washington, DC 20530,<br><br>     Plaintiff,<br><br>  v.<br><br>PROPERTY IDENTIFIED BY ADDRESS OF:<br>7501 ARCADE COURT<br>LANDOVER, MARYLAND 20785<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1057 (JDB)<br><br>   **FILED**<br><br>   JUN 23<br><br>CLERK OF THE CIRCUIT COURT<br>FOR PRINCE GEORGES COUNTY, MD. |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned action has commenced and is now pending in the U.S. District Court for the District of Columbia between the above-named parties.

The general object thereof is to obtain judicial forfeiture of the defendant real property, involved in controlled substance offenses in violations of 21 U.S.C. § 801 *et seq.*

**The names of the persons whose estates or interests are intended to be affected are: Lakesha Lee and any other persons alleging an interest in the property.**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in 21 U.S.C. § 881(a)(7), and to which this *Lis Pendens* refers, is the real property and premises known as **7501 Arcade Court, Landover, Maryland 20785**, more particularly described as:

> **Lot 64, Block B, in the subdivision known as Plat 4, Pat of Correction, Chaney's Choice as per plat thereof recorded among the Plat Records of Prince George's County, Maryland in Plat**

**Book VJ 173 at Plat 48, in the 13th Election District of the said County.**

For further information concerning this action, reference may be made to the records of the Civil Docket Clerk of the U.S. District Court for the District of Columbia, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this 20TH day of June 2008.

*Barry Wiegand*
BARRY WIEGAND
Assistant United States Attorney
D.C. Bar No. 424288
555 4th St., N.W., Room 4818
Washington, D.C. 20530
(202) 307-0299

Washington            )
                      ) SS
District of Columbia  )

I, **Jessica McCormick**, a Notary Public in and for the District of Columbia, DO HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing date on the 20th day of June 2008, and hereto annexed, personally appeared before me in said District of Columbia, Barry Wiegand, Assistant United States Attorney, being personally well known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be his act and deed.

    Given under my hand and seal this 20th day of June 2008.

_____
Notary Public

Jessica McCormick
Notary of Public
District of Columbia
Commission Expires: December 14, 2011

My Commission Expires: _____