IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
    Plaintiff                     :
                                  :
v.                                :      Case No. 1:08-CV-01057-JDB
                                  :
PROPERTY IDENTIFIED BY            :
ADDRESS OF:                       :
7501 ARCADE COURT                 :
LANDOVER, MARYLAND 20785          :
                                  :
    Defendant


## VERIFIED CLAIM OF WELLS FARGO BANK N.A.

Wells Fargo Bank N.A. hereby makes claim as the holder of the Deed of Trust secured against the property alleged to be subject to forfeiture in this case as described above and known as 7501 Arcade Court, Landover, Maryland 20785.

Wells Fargo Bank N.A. declares under the penalty of perjury, as provided by 28 U.S.C. §1746, that it is a holder of the property listed above.

                                                Wells Fargo Bank N.A.

Dated: Sept. 3, 2008          By: _____
                                                           Lorrie Phelps
                                                           VP of Loan Documentation

COUNSEL FOR CLAIMANT:

_____
Thomas P. Dore
MD 06549
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Ave., Suite #302
Towson, Md. 21204
(410) 828-5525
Facsimile (410) 296-2131
tdore@mdmtglaw.com

_____
Michael T. Pate
MD 13846
Law Offices of Michael T. Pate
20 S. Charles Street, Suite 702
Baltimore, Md. 21201
(410) 783-2628
Facsimile (410) 783-1368
mtp@simmsshowers.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2008, a true copy of the foregoing Verified Claim of Wells Fargo Bank N.A. was mailed first class mail, postage pre-paid, to:

| | |
|---|---|
| Barry Wiegand, Esq. | David B. Smith, Esquire |
| Assistant United States Attorney | English & Smith |
| Office of the United States Attorney | 526 King Street, Suite 213 |
| Criminal Division | Alexandria, Va. 22314 |
| Asset Forfeiture Unit | Attorney for Lakesha Lee, Claimant |
| 555 Fourth Street, N.W., Room 4818 | |
| Washington, D.C. 20530 | |

_____
Thomas P. Dore