IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
    Plaintiff :
:
v. :    Case No. 1:08-CV-01057-JDB
:
PROPERTY IDENTIFIED BY :
ADDRESS OF: :
7501 ARCADE COURT :
LANDOVER, MARYLAND 20785 :
:
    Defendant

## VERIFIED CLAIM OF WELLS FARGO BANK N.A.

Wells Fargo Bank N.A. hereby makes claim as the holder of the Deed of Trust secured against the property alleged to be subject to forfeiture in this case as described above and known as 7501 Arcade Court, Landover, Maryland 20785.

Wells Fargo Bank N.A. declares under the penalty of perjury, as provided by 28 U.S.C. §1746, that it is a holder of the property listed above.

Wells Fargo Bank N.A.

Dated: _Sept. 3, 2008_____    By: _Lorri Phelps_____
                              Lorrie Phelps
                              VP of Loan Documentation

COUNSEL FOR CLAIMANT:

_____

Thomas P. Dore
MD 06549
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Ave., Suite #302
Towson, Md. 21204
(410) 828-5525
Facsimile (410) 296-2131
tdore@mdmtglaw.com

_____

Michael T. Pate
MD 13846
Law Offices of Michael T. Pate
20 S. Charles Street, Suite 702
Baltimore, Md. 21201
(410) 783-2628
Facsimile (410) 783-1368
mtp@simmsshowers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2008, a true copy of the foregoing Verified Claim of Wells Fargo Bank N.A. was mailed first class mail, postage pre-paid, to:

Barry Wiegand, Esq.                          David B. Smith, Esquire
Assistant United States Attorney             English & Smith
Office of the United States Attorney         526 King Street, Suite 213
Criminal Division                            Alexandria, Va. 22314
Asset Forfeiture Unit                        Attorney for Lakesha Lee, Claimant
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

_____
Thomas P. Dore